IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN J. HILL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:09-cv-00890 |
| | ) |
| vs. | ) |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY; KENNAMETAL WELFARE BENEFIT PLAN, AN EMPLOYEE WELFARE BENEFITS PLAN GOVERNED BY THE EMPLOYEE RETIREMENT INCOME AND SECURITY ACT OF 1974 | ) ELECTRONICALLY FILED |
| | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 17th day of _Nov_____, 2009, upon stipulation of the parties hereto, it is ORDERED that Kennametal Welfare Benefit Plan, an employee welfare benefits plan governed by the Employee Retirement Income and Security Act of 1974 is dismissed as a party defendant. Nothing in this order shall affect any claim or defense of the remaining parties. The clerk is directed to amend the caption to remove the dismissed party.

_____
United States District Judge