IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN J. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 09-890 |
| | ) | |
| vs. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 15 day of June, 2010, the Court having been advised that the parties have reached an amicable settlement, it is ordered that the case above captioned is dismissed, with prejudice.

_____
Chief United States District Judge